1  BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
2  JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
3  ASH MARIE GANIER, ESQ.
Nevada Bar No. 14712
4  TAELOR S. EVANS, ESQ.
5  Nevada Bar No. 14704
**MAINOR WIRTH, LLP**
6  6018 S. Fort Apache, Ste. 150
Las Vegas, Nevada 89148
7  (702) 464-5000
8  (702) 463-4440 Facsimile
ash@mwijury.com
9  *Attorneys for Plaintiff*

10                 **UNITED STATES DISTRICT COURT**

11                       **DISTRICT OF NEVADA**

12  JUANA  A.  CRUZ  DE  RAMIREZ,  an
    individual,                                  CASE NO.:   2:19-cv-00814
13                        Plaintiff
14  vs.
                                                 **SUBSTITUTION OF ATTORNEYS**
15  CARDENAS     MARKETS,    LLC    aka
    CARDENAS,  a  foreign  limited  liability
16  company;  LAMANZA  LLC,  a  domestic
    limited     liability     company;     DOE
17  MAINTENANCE  COMPANY  1-10;  DOE
    INDIVIDUALS  1-20;  and  ROE  BUSINESS
18  ENTITIES 1-20, inclusive,
19
                          Defendants
20

21        KATIE E. GOLDBERG, ESQ., of the law firm of MAINOR WIRTH, LLP, as counsel of

22  record for Plaintiff JUANA A. CRUZ DE RAMIREZ, does hereby consent to the substitution of

23  BRADLEY S. MAINOR, ESQ., JOSEPH J. WIRTH, ESQ., ASH MARIE GANIER, ESQ., and

24  TAELOR S. EVANS, ESQ.  of the law firm of MAINOR WIRTH, LLP as attorneys for

25  Plaintiff JUANA A. CRUZ DE RAMIREZ, in the above-entitled matter in their place and stead.

26  ///

27  ///

28

*Side margin:* MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

DATED this ___19___ day of June, 2020.

**MAINOR WIRTH, LLP**

KATIE E. GOLDBERG, ESQ.
Nevada Bar No. 13493
6018 S. Fort Apache, Ste. 150
Las Vegas, Nevada 89148
(702) 464-5000

BRADLEY S. MAINOR, ESQ., JOSEPH J. WIRTH, ESQ., ASH MARIE GANIER, ESQ., and TAELOR S. EVANS, ESQ., of the law firm of MAINOR WIRTH, LLP, do hereby agree to be substituted in the place of KATIE E. GOLDBERG, ESQ., as attorneys for Plaintiff JUANA A. CRUZ DE RAMIREZ in the above-entitled matter.

DATED this ___22___ day of June, 2020.

**MAINOR WIRTH, LLP**

BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE GANIER, ESQ.
Nevada Bar No. 14712
TAELOR S. EVANS, ESQ.
Nevada Bar No. 14704
6018 S. Fort Apache, Ste. 150
Las Vegas, Nevada 89148
(702) 464-5000

JUANA A. CRUZ DE RAMIREZ, Plaintiff in the above-entitled matter, consents to the substitution of BRADLEY S. MAINOR, ESQ., JOSEPH J. WIRTH, ESQ., ASH MARIE GANIER, ESQ., and TAELOR S. EVANS, ESQ., of the law firm of MAINOR WIRTH, LLP, in the place of KATIE E. GOLDBERG, ESQ., as his attorney of record.

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

DATED this ___22___ day of June, 2020.

_____
JUANA A. CRUZ DE RAMIREZ

IT IS SO ORDERED

DATED: 6:36 pm, June 23, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440