BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE GANIER, ESQ.
Nevada Bar No. 14712
TAELOR S. EVANS, ESQ.
Nevada Bar No. 14704
**MAINOR WIRTH, LLP**
6018 S. Fort Apache, Ste. 150
Las Vegas, Nevada 89148
(702) 464-5000
(702) 463-4440 Facsimile
ash@mwijury.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JUANA CRUZ DE RAMIREZ, | CASE NO.: 2:19-cv-00814 |
| Plaintiff | **MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** |
| vs. | |
| CARDENAS MARKETS, LLC aka CARDENAS, a foreign limited liability company; LAMANZA LLC, a domestic limited liability company; DOE MAINTENANCE COMPANY 1-10; DOE INDIVIDUALS 1-20; and ROE BUSINESS ENTITIES 1-20, inclusive, | |
| Defendants | |

Plaintiff JUANA CRUZ DE RAMIREZ, by and through her attorney of record of the law office of MAINOR WIRTH, LLP, hereby requests that KATIE E. GOLDBERG, ESQ. be removed from the list of counsel to be noticed. KATIE E. GOLDBERG, ESQ. is no longer representing the Plaintiff.

/ / /

/ / /

Page 1 of 3

BRADLEY S. MAINOR, ESQ., JOSEPH J. WIRTH, ESQ., ASH MARIE GANIER, ESQ., and TAELOR S. EVANS, ESQ. of the law firm of MAINOR WIRTH, LLP continues to represent the Plaintiff in this action; therefore no party will be prejudiced by withdrawal of KATIE E. GOLDBERG, ESQ.

DATED this 28th day of July, 2020.

**MAINOR WIRTH, LLP**

*/s/ Ash Marie Ganier*

_____
ASH AMRIE GANIER, ESQ.
Nevada Bar No. 14712
6018 S. Ft. Apache Rd., Ste. 150
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

IT IS SO ORDERED

DATED: 5:28 pm, July 30, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE