BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
**MAINOR WIRTH, LLP**
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
Tel: (702) 464-5000
Fax: (702) 463-4440
ash@mwinjury.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUANA A. CRUZ DE RAMIREZ, an individual,<br><br>     Plaintiff<br><br>vs.<br><br>CARDENAS MARKETS, LLC aka CARDENAS, a foreign limited liability company; LAMANZA LLC, a domestic limited liability company; DOE MAINTENANCE COMPANY 1-10; DOE INDIVIDUALS 1-20; and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>    Defendants | CASE NO.: 2:19-cv-00814-RFB-BNW<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE (FIRST REQUEST)** |

Pursuant to LR IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the Joint Pretrial Order deadline in the above-captioned matter. Good cause exists to extend the remaining deadline for the reasons explained below.

**A. Reasons For the Extension**

On March 22, 2021 a hearing was held regarding Defendant's Motion for Summary Judgment which was subsequently denied. The courts ordered that the parties submit their Joint Pretrial Order within thirty (30) days of said ruling. Recently, counsel conferred regarding an

*(sidebar, left margin)* **MAINOR WIRTH, LLP** 6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148 Phone: (702) 464-5000 | Fax: (702) 463-4440

extension of time to submit the parties' Joint Pretrial Order in this case. Counsel agree that additional time is needed in order to fully and properly identify portions of deposition transcripts intended to be used at the time of trial and provide objections regarding the same.

As such, the April 22, 2021 deadline should be extended so that the parties are able to provide a proper Joint Pretrial Order to the Court.

**B. Proposed Revised Pretrial Order Schedule**

The Joint Pretrial Order is due on April 22, 2021 and the parties are requesting the deadline be moved to May 13, 2021. This request for an extension of time is not sought for any improper purpose or other purpose of delay.  Rather, it is sought by the parties solely for the purpose of allowing sufficient time to adequately prepare their pretrial order to include portions of depositions in which the parties intend to use at the time of trial. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the short extension.

///
///
///
///
///
///
///
///
///
///
///
///
///

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

WHEREFORE, the parties respectfully request that this Court extend the deadline for submitting their Joint Pretrial Order from the current deadline as outlined above.

DATED this _21st_ day of April, 2021.

**MAINOR WIRTH, LLP**

_/s/ Ash Marie Blackburn_

BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
**MAINOR WIRTH, LLP**
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
_Counsel for Plaintiff_

DATED this _21st_ day of April, 2021.

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP**

_/s/ Michael Lowry_

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
_Counsel for Defendants_

**ORDER**

IT IS SO ORDERED.

DATED this _22nd_ day of April, 2021.

RICHARD F. BOULWARE, II
**United States District Court**

Page 3 of 3